## WILBOURNE, ET AL. v. KINNEY.

(Decided April 21, 1914.)

APPEAL from Cullman Circuit Court.

Heard before Hon. D. W. SPEAKE.

CALLAHAN & HARRIS, for appellant. J. BASCOM BROWN, for appellee.

Per curiam. Dismissed by agreement.

---

## WRAY, ET AL. v. BARBER.

(Decided April 21, 1914.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

BURGIN, JENKINS BROWN, for appellee. Z. T. RUDOLPH, for appellee.

Per curiam. Appeal dismissed by agreement.

---

## BARBER v. THE STATE.

(Decided November 7, 1914.)

CERTIORARI to Court of Appeals.

GARDNER GREENE, and S. W. TATE, for appellant. R. C. BRICKELL, Attorney General.

Per curiam. Writ denied.

---

## BIRMINGHAM RAILWAY, LIGHT & POWER CO. v. MORRISON.

(Decided July 21, 1914.)

APPEAL from Birmingham City Court.

Heard before Hon. C. W. FERGUSON.

TILLMAN, BRADLEY & MORROW, for appellant. J. H. McNEAL, for appellee.

Per curiam. Appeal dismissed by appellant.